NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALFREDO SEMPER,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5003

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-616, Judge Marian Blank Horn.

---

## ON MOTION

---

## O R D E R

The United States moves for a 45-day extension of time, until March 12, 2012, to file its response brief. Alfredo Semper opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 0 5 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Andrew C. Simpson, Esq.
     Dawn E. Goodman, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 5 2012

JAN HORBALY
CLERK